In re Louisiana State of et al.; Transportation & Devi. Dept, of;- — Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Terrebonne, 32nd Judicial District Court Div. A, Nos. 132,512, 135,-484, 135,530, 135,560, 138,578, 138,874, 138,876, 139,101, 139,331, 139,610, 132,511, 138,139, 138,577, 138,877, 138,878, 133,162, 133,516, 137,383, 137,384, 138,575, 138,875, 139,545, 139,546, 139,674, 132,289, 133,793, 135,485, 135,771, 135,918, 138,576, 132,510, 133,163, 133,515, 133,794, 133,797, 135,483, 137,722, 138,573, 138,574, 139,330; to the Court of Appeal, First Circuit, No. 2003 CW 2356.
Granted. The case is remanded to the court of appeal to reconcile its ruling in this case with its ruling in LeBeouf v. State, through the Department of Transportation and Development, 03-CW-1071 (La.App. 1st Cir.11/22/03), writ denied, 03-2955 (La.1/9/04), 862 So.2d 992.